IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HINSON PLUMBING COMPANY                                                               PLAINTIFF

V.                                                                  CIVIL ACTION NO. 5:07CV146DCB-JMR

LAKESIDE PLACE LLC; HINTON
CONSTRUCTION Co., INC.; AND
JOHN DOES 1-5                                                                         DEFENDANTS

## AGREED ORDER

THE MOTION of Defendant Hinton Construction Company, Inc., to stay this action as to it and to compel arbitration [docket entry no. 9] having come on before the Court, and the Court, having considered said motion, and the Court being advised that Plaintiff Hinson Plumbing Company does not oppose the motion, and the Court finding that the motion is well taken and should be granted,

IT IS, THEREFORE, ORDERED that the claims of Plaintiff Hinson Plumbing Company against Defendant Hinton Construction Company in this action are hereby referred to arbitration, and,

IT IS FURTHER ORDERED that the claims of Plaintiff Hinson Plumbing Company against Defendant Hinton Construction Company, Inc., pending on the docket of this Court in this action are hereby stayed pending further order of this Court.

SO ORDERED this the    21 st    day of December, 2007.


                                                                    s/ David Bramlette
                                                                UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____s/ Omar L. Nelson_____
OMAR L. NELSON, ESQ. - MS BAR # 100105
ATTORNEY FOR PLAINTIFF


ORDER SUBMITTED BY:

_____s/ Richard C. Bradley III_____
RICHARD C. BRADLEY III - MS BAR # 4269
ATTORNEY FOR DEFENDANT