IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HINSON PLUMBING COMPANY                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 5:07-cv-00146-DCB-JMR

LAKESIDE PLACE LLC; HINTON
CONSTRUCTION CO., INC.; AND
JOHN DOES 1-5                                                             DEFENDANTS

**JUDGMENT**

The award of the Arbitrator in the arbitration proceeding between Hinson Plumbing Company as Claimant and Hinton Construction Company, Inc., as Respondent and Counter-Claimant in American Arbitration Association Case No. 69 110 00977 08 having been confirmed by an order of this court entered on   August 12  , 2009 [Dckt #  27 ], and this court having directed that judgment be entered in accordance with the award,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT Respondent and Counter-Claimant Hinton Construction Company, Inc., shall recover from Hinson Plumbing Company, Claimant and Respondent in Counter-Claim, the sum of $4,034.83, together with interest at the rate of eight percent (8 %) per annum from and after June 20, 2009.

SO ORDERED, ADJUDGED AND DECREED, this the   25th   day of   August  , 2009.


                                                     s/ David Bramlette
                                                     U.S. DISTRICT JUDGE


Presented by:

/s/ Richard C Bradley III

Richard C. Bradley III, MBN 4269